**E-Filed 12/16/11**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RONALD FAGG, et al.,

      Plaintiffs,

  v.

GENERAL ELECTRIC COMPANY,

      Defendant.
_____/

No. C 11-5769 RS

**RECUSAL ORDER**

    I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 12/16/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-05769 RECUSAL ORDER