**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

**\*E-Filed 12/16/11\***

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

12  RONALD FAGG, et al.,  No. C 11-5769 RS

13  Plaintiffs,  **RECUSAL ORDER**

14  v.

15  GENERAL ELECTRIC COMPANY,

16

17  Defendant.
_____/

18

19  I hereby recuse myself from hearing or determining any matters which have been referred to

20  me as District Judge in the above-entitled action.  The Clerk of Court shall reassign the referred

21  matters in this case to another District Judge.

22

23

24  IT IS SO ORDERED.

25

26  Dated:  12/16/11  _____

27  RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

28